IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JOSEPH L. BROWN, #07942-025, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL NO. 10-818-GPM |
| UNKNOWN PARTY, *et al.*, | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

**MURPHY, District Judge:**

On October 25, 2010, Plaintiff moved this Court for voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) (Doc. 7). Defendants have not yet been served; therefore, no Defendant has filed an answer or a motion for summary judgment. In these circumstances, voluntary withdrawal of his claim is Plaintiff's right. Accordingly, this action is **DISMISSED without prejudice**. All pending motions are **DENIED** as moot.

**IT IS SO ORDERED**.

DATED: 03/31/11

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge